**SO ORDERED.**

**SIGNED this 21st day of November, 2016.**



_____
Robert E. Nugent
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: | ) |
| | ) |
| Brandi Dllymara Clark, *Debtor* | ) |
| | ) Case No. 16-11907-REN |
| Capital One Auto Finance, a division of Capital One, N.A., *Moving Creditor* | ) |
| | ) Chapter: 13 |
| | ) |
| vs. | ) |
| | ) |
| Brandi Dllymara Clark, *Debtor* | ) |
| | ) |
| *Precious J Smith aka Precious Clark, Non Filing Co Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Carl B. Davis, *Trustee* | |

### ORDER GRANTING RELIEF FROM STAY AND CO DEBTOR STAY

Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Order Modifying Automatic Stay and Co Debtor Stay having been filed and presented to the Court, and upon due consideration of said Motion and notice having been given to the proper parties and no objections having been filed the Court hereby finds that said Motion should be, and is, hereby sustained; it is therefore

**ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code be, and the same hereby is, modified for the purpose of allowing Capital One Auto Finance, a division of Capital

United States Bankruptcy Court
District of Kansas
In re: Capital One Auto Finance, a division of Capital One, N.A. v. Brandi Dllymara Clark
Case No. 16-11907-REN
Chapter 13
Order Granting Relief From Stay
Page 2

One, N.A., by Capital One Auto Finance to repossess and sell the 2013 Ford Edge, VIN 2FMDK3GC9DBC77923 in accordance with applicable state law, and to exercise any and all rights provided under non-bankruptcy law as set forth in the Contract and Security Agreement granting it an interest in said collateral; it is further

**ORDERED** that the Co-Debtor stay imposed by Section 1301 of the Bankruptcy Code is modified for the purpose of allowing Movant to pursue its lawful remedies against Precious J Smith aka Precious Clark;

**IT IS THEREFORE BY THE COURT ORDERED** that any secured claim of Creditor, as it relates to the collateral described in this order is disallowed as a claim herein, without prejudice to any funds which may have been paid prior to stay modification. After liquidation of the collateral Creditor may file an unsecured claim for any deficiency amount. If the amended deficiency claim is not filed before distribution has begun to other general unsecured creditors, then the deficiency claim may not be paid a dividend in parity with other general unsecured creditors.

**IT IS SO ORDERED.**

###

United States Bankruptcy Court
District of Kansas
In re: Capital One Auto Finance, a division of Capital One, N.A. v. Brandi Dllymara Clark
Case No. 16-11907-REN
Chapter 13
Order Granting Relief From Stay
Page 3

SOUTHLAW, P.C.
/s/ Michael P Gaughan_____
Michael P Gaughan (MBE #31121; EDMO #93625; KSFd #70120)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
Michael.gaughan@southlaw.com
**ATTORNEYS FOR MOVANT**

CARL B DAVIS_____
Carl B. Davis
300 W Douglas Suite 650
Wichita, KS 67202
**TRUSTEE**